1  DIANA CLINE EBRON, ESQ.
   Nevada Bar No. 10580
2  E-mail: diana@KGElegal.com
   JACQUELINE A. GILBERT, ESQ.
3  Nevada Bar No. 10593
   E-mail: jackie@KGElegal.com
4  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
5  E-mail: karen@KGElegal.com
   KIM GILBERT EBRON
6  7625 Dean Martin Drive, Suite 110
   Las Vegas, Nevada 89139
7  Telephone: (702) 485-3300
   Facsimile: (702) 485-3301
8  *Attorneys for SFR Investments Pool 1, LLC*

9

10                    **UNITED STATES DISTRICT COURT**

11                          **DISTRICT OF NEVADA**

12  DEUTSCHE BANK NATIONAL TRUST          Case No. 2:16-cv-02715-JAD-GWF
    COMPANY, AS TRUSTEE, IN TRUST FOR
13  REGISTERED HOLDERS OF LONG
    BEACH MORTGAGE LOAN TRUST 2006-2,    **ORDER GRANTING MOTION TO SERVE**
14  ASSET-BACKED CERTIFICATES, SERIES    **ANTHONY        BYINGTON          BY**
    2006-2,                              **PUBLICATION**
15
                  Plaintiff,             **-and-**
16
    vs.                                  **ORDER    GRANTING    MOTION    TO**
17                                       **ENLARGE TIME TO SERVE SUMMONS**
    SFR INVESTMENTS POOL 1, LLC, a       **AND CROSS-CLAIM**
18  Nevada limited liability company; GREEN
    VALLEY SOUTH OWNERS ASSOCIATION
19  NO. 1, a Nevada non-profit corporation,

20                  Defendants.
    _____
21  SFR INVESTMENTS POOL 1, LLC, a
    Nevada limited liability company,
22
                  Counter/Cross Claimant,
23
    vs.
24
    DEUTSCHE BANK NATIONAL TRUST
25  COMPANY, AS TRUSTEE, IN TRUST FOR
    REGISTERED HOLDERS OF LONG
26  BEACH MORTGAGE LOAN TRUST 2006-2,
    ASSET-BACKED CERTIFICATES, SERIES
27  2006-2; JZ MORTGAGE, INC., a foreign
    corporation; ANTHONY BYINGTON, an
28  individual,

*(left margin, vertical text)* **KIM GILBERT EBRON** 7625 DEAN MARTIN DRIVE, SUITE 110 LAS VEGAS, NV 89139 (702) 485-3300 FAX (702) 485-3301

Counter/Cross Defendants.

Upon reading the Affidavit of Due Diligence; it appearing that an Answer, Counterclaim, and Cross-Claim has been filed; that a Summons directed to Cross-Defendant, ANTHONY BYINGTON has been issued [ECF No. 19]; that Cross-Defendant, Byington is a necessary party; and that Cross-Defendant Byington cannot be found to be personally served in the State of Nevada, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that since the Cross-Defendant, ANTHONY BYINGTON, cannot now be found so as to be personally served, he may be served by publication of the Summons at least once a week for four (4) weeks in the Nevada Legal News, a newspaper of general circulation.

**IT IS FURTHER ORDERED** that a copy of the Summons and Answer, Counterclaim, and Cross-Claim shall be mailed forthwith to Cross-Defendant Byington, first class mail, postage prepaid, addressed to the Cross-Defendant's last known address.

**IT IS FURTHER ORDERED** that SFR's Motion to Enlarge Time to Serve is GRANTED and the time for service is extended by an additional 60 days from the date of this order is entered

///
///
///
///
///
///
///
///
///
///
///
///

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NV 89139
(702) 485-3300 FAX (702) 485-3301

to allow SFR Investments Pool 1, LLC ("SFR") to effectuate service by publication.

       Dated this 13th day of _____July_____, 2017.


_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

**KIM GILBERT EBRON**

*/s/Diana Cline Ebron*
Diana Cline Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada  89139
Phone: (702) 485-3300
Fax:    (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*