Joel E. Tasca
Nevada Bar No. 14124
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
shiroffj@ballardspahr.com

*Attorneys for Plaintiff Deutsche Bank National Trust Company, as Trustee, in Trust for registered holders of Long Beach Mortgage Loan Trust 2006-2, Asset-Backed Certificates, Series 2006-2*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-2, ASSET-BACKED CERTIFICATES, SERIES 2006-2,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; GREEN VALLEY SOUTH OWNERS ASSOCIATION NO. 1, a Nevada non-profit corporation,<br><br>Defendants. | Case No. 2:16-cv-02715-JAD-GWF<br><br>**STIPULATION AND ORDER TO 1) DISMISS WITH PREJUDICE CLAIMS BETWEEN DEUTSCHE BANK NATIONAL TRUST COMPANY, SFR INVESTMENTS POOL 1, LLC, AND GREEN VALLEY SOUTH OWNERS ASSOCIATION NO. 1; AND LIFT STAY ENTERED DECEMBER 5, 2017 (ECF NO. 40)**<br><br>ECF No. 42 |

DMWEST #18256833 v1

| | |
|---|---|
| 1 | SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, |
| 2 | |
| | Counter/Cross Claimant, |
| 3 | |
| | vs. |
| 4 | |
| 5 | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-2, ASSET-BACKED CERTIFICATES, SERIES 2006-2; JZ MORTGAGE, INC., a foreign corporation; ANTHONY BYINGTON, an individual, |
| 6 | |
| 7 | |
| 8 | |
| 9 | Counter/Cross Defendants. |

Plaintiff and Counterdefendant Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of Long Beach Mortgage Loan Trust 2006-2, Asset-Backed Certificates, Series 2006-2 (the "Trust"), Defendant/Counterclaimant SFR Investment Pools 1, LLC ("SFR"), and Defendant Green Valley South Owners Association No. 1 ("Green Valley South") (collectively, the "Parties") hereby stipulate as follows:

1. This action concerns title to real property commonly known as 112 Gooseberry Lane, Henderson, Nevada 89074 (the "Property") following a homeowner's association foreclosure sale conducted on May 24, 2013, with respect to the Property.

2. As it relates to the Parties, a dispute arose regarding that certain Deed of Trust recorded against the Property in the Official Records of Clark County, Nevada as Instrument Number 20051110-0006656 (the "Deed of Trust"), and in particular, whether the Deed of Trust continues to encumber the Property.

3. The Parties to this Stipulation have settled and agreed to release their respective claims, and further agreed that the claims between them, including the Complaint and Counterclaim, shall be DISMISSED with prejudice.

4. This Stipulation in no way affects SFR's cross-claims against Anthony Byington or JZ Mortgage, Inc.

2

DMWEST #18256833 v1

5. The Parties further stipulate and agree that the Lis Pendens recorded against the Property in the Official Records of Clark County, Nevada, as Instruments Number 20170501-0000856 be, and the same hereby is, EXPUNGED.

6. The Parties further stipulate and agree that the $500 in security costs posted by Chase on March 31, 2017 pursuant to this Court's Order [ECF No. 13] shall be discharged and released to the Ballard Spahr LLP Trust Account.

7. The Parties further stipulate and agree that a copy of this Stipulation and Order may be recorded with the Clark County Recorder;

9. The Parties further agree to lift the stay entered December 5, 2017 [ECF No. 40];

10. This case shall remain open until such time as SFR resolves its pending cross-claims against Anthony Byington and JZ Mortgage, Inc.; and

(*Remainder of Page Intentionally Left Blank*)

3

DMWEST #18256833 v1

11. Each party in this case number 2:16-cv-02715-JAD-GWF shall bear its own attorneys' fees and costs.

Dated: November 29, 2018

BALLARD SPAHR LLP

By: /s/ Justin A. Shiroff
    Abran E. Vigil, Esq.
    Nevada Bar No. 7548
    Justin A. Shiroff, Esq.
    Nevada Bar No. 12869
    1980 Festival Plaza Drive, Suite 900
    Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

GORDON & REES, LLP

By: /s/Brian K. Walters
    Robert S. Larsen, Esq.
    Nevada Bar No. 7785
    Wing Yan Wong, Esq.
    Nevada Bar No. 13622
    Brian K. Walters, Esq.
    Nevada Bar No. 9711
    300 South Fourth Street, Suite 1550
    Las Vegas, Nevada 89101

*Attorney for Defendant Green Valley South Owners Association No. 1*

KIM GILBERT EBRON

By: /s/ Jacqueline A. Gilbert
    Diana S. Ebron, Esq.
    Nevada Bar No. 10580
    Jacqueline A. Gilbert, Esq.
    Nevada Bar No. 10593
    Karen L. Hanks, Esq.
    Nevada Bar No. 9578
    7625 Dean Martin Drive, Suite 110
    Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

## ORDER

IT IS SO ORDERED. **The STAY is LIFTED**. The **lis pendens** recorded in the Official Records of Clark County, Nevada, as Instrument Number 20170501-0000856 **is EXPUNGED.** The Clerk of Court is directed to **refund to Ballard Spahr LLP Trust Account the $500 in security costs** posted by Deutsche Bank [ECF No. 15]. All of plaintiff **Deutsche Bank's claims are DISMISSED with prejudice**, each side to bear its own fees and costs. **SFR Investments Pool 1, LLC's counterclaims against Deutsche Bank are DISMISSED** with prejudice, each side to bear its own fees and costs. This dismissal leaves only SFR's crossclaims against Anthony Byington and JZ Mortgage, Inc.; **SFR has 30 days to file a motion for default judgment against crossdefendants Anthony Byington and JZ Mortgage, Inc.** or otherwise terminate its claims against them.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 30, 2018

4