# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Deutsche Bank National Trust Company
                    Plaintiff,

   v.

SFR Investments Pool 1, LLC et al


                    Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cv-02715-JAD-GWF

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

   that default judgment is entered against Cross-Defendants, JZ Mortgage, Inc. and Anthony Byington.

4/24/2019
Date

DEBRA K. KEMPI
Clerk

/s/ J. Callo
Deputy Clerk